IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CLINTON JONES                                                                                    PLAINTIFF

v.                                       No. 3:11-cv-199-DPM

DOUG FORMAN, Sergeant,
Jonesboro Police Department; and
JERRICO PERKINS, Maintenance Department,
City of Jonesboro                                                                             DEFENDANTS

JUDGMENT

Jones's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

23 January 2012